# AFFIDAVIT OF SERVICE

State of New York        County of Eastern District     U.S. District Court

Index Number: CV-10 4499
Date Filed: _____

Plaintiff:
**Financial Life Services, LLC**

vs.

Defendant:
**N. Bergman Insurance Trust**

For:
Capital Process Servers, Inc.
265 Post Avenue
Suite 150
Westbury, NY 11590

Received by Capital Process Servers, Inc. on the 3rd day of November, 2010 at 12:17 pm to be served on **N. Bergman Insurance Trust Serve: Nachman Bergman As Trustee, 3100 Bancroft Road, Apt # D, Baltimore, MD 21215.**

I, Emerson Alleyne, being duly sworn, depose and say that on the **3rd day of November, 2010** at **7:20 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Complaint** with the date and hour of service endorsed thereon by me, to: **Chaim Lemder** as **Co-Occupant** at the address of: **3100 Bancroft Road, Apt # D, Baltimore, MD 21215,** the within named person's usual place of **Abode**, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
That on the date of service the PPS was informed by Chaim Lemder, the person served, that the Defendant Nachman Bergman did reside at the residence located at 3100 Bancroft Road, Apt D, Baltimore, MD and that he Chaim Lemder was a co-resident and room mate of Defendant Bergman.

In addition the PPS interviewed a clerk at the office of the Rental Manager for the complex and was informed that Defendant did reside at the above stated address, although Bergman was not the Leaseholder.

THAT ON 11/05/2010, A COPY OF THE PROCESS WAS MAILED VIA FIRST CLASS POSTAGE, USPS, TO NACHMAN BERGMAN IN A PLAIN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL AND WITH DID INCLUDE A RETURN ADDRESS.

**Description** of Person Served: Age: 40s, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 240, Hair: Blonde, Glasses: N

I declare and Affirm under the Penalty of Perjury, that the foregoing facts are true and correct, that I am over the age of 18, no(?) a party to this action and that this Affidavit was executed by the undersigned.

**MARY D. MASSIE**
Notary Public, State of Maryland
County of Montgomery
My Commission Expires June 19, 2013

Subscribed and Sworn to before me on the 5th day of November, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Emerson Alleyne**
Process Server

Capital Process Servers, Inc.
265 Post Avenue
Suite 150
Westbury, NY 11590
(516) 333-6380
Our Job Serial Number: PSU-2010002264
Ref: 1051908