**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

January 13, 2012

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

**DOUGLAS A. FOSS**

DIRECT (585) 419-8612
FAX     (585) 419-8811
DFOSS@HARRISBEACH.COM

**VIA ECF FILING**

Hon. William D. Wall
U.S. Magistrate Judge
Alfonse M. D'Amato U.S. Courthouse
100 Federal Plaza
Central Islip, New York  11722-4449

Re:  <u>Financial Life Services, LLC v. N. Bergman Insurance Trust CV 10-4499</u>
     (DRH)(WDW)

Dear Judge Wall:

Pursuant to our conversation with, and direction from, your Law Clerk, we are submitting a new proposed order by ECF which provides for disposition of the issues in this action. The substance of the proposed order is exactly the same as the previously submitted order but a shifted timeline was required because the original order was entered after certain deadlines had passed. This new order simply incorporates new proposed dates for publications, notifications and bids.

Thank you for your consideration.

Respectfully,
HARRIS BEACH PLLC

/S/

Douglas A. Foss

DAF:mmd
Enc.

cc:  Mark J. Nussbaum, Esq. (via ECF)

HBROC-1738961